# U.S. District Court
# for the
# District of Maryland (Greenbelt)

## The Honorable: Magistrate Judge Thomas M. DiGirolamo

## DISPOSITION SHEET

**Igor C Rosensteel**                                  **CASE NO: 8:15-po-00099-TMD**

| | | | |
|---|---|---|---|
| **Court date** | 01/14/2015 | **Court Time** | 08:30 AM |
| **Location** | NNMC | | |
| **Counsel** | | **Type Counsel** | |
| **Officer** | Gamliel | **Date of Charge** | 09/09/2014 |
| **Setting** | Initial Appearance | **AUSA** | |
| **Comments** | | | |

| | |
|---|---|
| **Charges** | FALSE ANSWERS (4350949) (1) |
| **Offense** | 13:224.P |
| **Citation #** | 4350949/MD93 |
| **Disposition** | |
| **Date Issued** | 01/07/2015 |
| **Date Sat** | |

*Dismissed by Gov't*